UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TUNNEL IP LLC,

    Plaintiffs,

v.                                          Case No. 8:22-cv-1009-KKM-JSS

AAMP OF FLORIDA,

    Defendant.
_____

## ORDER

Plaintiffs notified the Court that the parties settled this case. (Doc. 13.) Accordingly, the Court orders that this case is **dismissed without prejudice**. *See* Local Rule 3.09(b). Within **60 days** of this order, the parties may submit a stipulated judgment or move to reopen the action. *See id.*; FED. R. CIV. P. 59(e), 60(b). After that 60-day period, dismissal shall be **with prejudice**. The Court declines to retain jurisdiction to enforce the settlement agreement, as the parties have not identified a compelling "factual or legal basis to [do so]." *Goldsby v. Renosol Seating, LLC*, 294 F.R.D. 649, 654 (S.D. Ala. 2013). The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on July 27, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge